UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DISCOVERY REAL ESTATE AND DEVELOPMENT, LLC | CIVIL ACTION |
| VERSUS | NO. 22-605-JWD-SDJ |
| TOWN OF ST. FRANCISVILLE, ET AL. | |

### JUDGMENT

Considering the Court's Ruling and Order (Doc. 31) dismissing Plaintiff's Fair Housing Act claim (Count I) for lack of standing and ripeness, and considering the Court's Order (Doc. 33) granting Plaintiff's request to voluntarily dismiss its Takings claim (Count II) without prejudice,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby rendered in favor of Defendants, the Town of St. Francisville and Robert Leake, and against Plaintiff, Discovery Real Estate and Development, LLC, and that all claims by Plaintiff against Defendants are **DISMISSED WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana, on August 17, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**